UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRANDA ALLEN, an individual; and J.M., a minor child, by and through his parent, MIRANDA ALLEN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MARTIN BARRATT and J. DOE BARRATT, husband and spouse and the marital community composed thereof,<br><br>　　　　　Defendants. | No. [Cause Number]<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446**<br><br>(REMOVED FROM SKAGIT COUNTY SUPERIOR COURT, CAUSE NO. 22-2-00416-29) |

TO:　　　CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

AND TO:　PLAINTIFFS' COUNSEL OF RECORD.

Defendant Martin Barratt ("Defendant"), hereby removes to this Court the state court action described below on the grounds stated herein, and as supported by the Declaration of Alexandra E.O. Slader and the exhibits attached thereto.

## I. INTRODUCTION & STATEMENT OF FACTS

On May 25, 2022, Plaintiffs Miranda Allen and J.M. (a minor child), collectively

DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 1
CAUSE NO.

3430874 / 1044.0055

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

"Plaintiffs," commenced a lawsuit in Skagit County Superior Court entitled *Miranda Allen, et al. v. Martin Barratt, et al.*, cause number 22-2-00416-29. Declaration of Alexandra Slader ("Slader Decl."), at Ex. 1.

Plaintiffs are residents of Whatcom County, Washington. *Id.* Defendant is a resident of California. Slader Decl., Ex. 2. Plaintiffs' counsel served Defendant on June 13, 2022. Slader Decl., Ex. 3. Additionally, Plaintiffs are claiming damages in excess of $75,000.00. Slader Decl., Ex. 4.

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3), as it is being filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

## II.  BASES FOR REMOVAL

### A.  There Is Complete Diversity of Citizenship under 28 USC § 1332.

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1), and is one which can be removed to this Court by defendant pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

The plaintiffs are residents of Whatcom County, Washington. Slader Decl., Ex. 1. Defendant is a resident of California. Slader Decl., Ex. 2. Removal of plaintiffs' action to this Court is proper because there is complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332, and there was complete diversity at the time plaintiffs' lawsuit was filed.

DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 2
CAUSE NO.

3430874 / 1044.0055

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

**B.  The Amount in Controversy Exceeds the Jurisdictional Minimum.**

Plaintiffs confirmed they are claiming more than $75,000 in damages pursuant to the response to Defendant's Request for Admissions. Slader Decl. at Ex. 4. This information is sufficient to conclude that Plaintiffs are seeking to recover damages in excess of $75,000 against Defendant.

**C.  This Notice of Removal Is Timely Under 28 USC § 1446(b).**

Defendant's Notice of Removal is timely under 28 U.S.C. § 1446(b)(3), as it is being filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

**D.  This Notice of Removal Complies with the Applicable Local Rules, and Venue Is Proper in the Western District of Washington under 28 U.S.C. § 128(b).**

This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules. Defendant has attached to the Declaration of Alexandra E. O. Slader, filed in support of this Notice, copies of all process, pleadings, and orders served upon it in the state court action, as required by 28 U.S.C. § 1446, and will transmit copies of any additional records in the Superior Court file within 10 days of the filing of this Notice. Venue is proper in this District pursuant to 28 U.S.C. §§ 128(b) and 1391, because this District encompasses Skagit County, wherein plaintiffs filed the state court action being removed.

Defendant is serving plaintiffs' counsel with copies of this Notice of Removal and the supporting Declaration of Alexandra E. O. Slader (with exhibits). Defendant is also promptly filing with the Clerk of the Skagit County Superior Court of the State of Washington a copy of this

DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 3
CAUSE NO.

3430874 / 1044.0055

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Notice of Removal, along with a Notice to Superior Court of Filing Notice of Removal. Defendant further is promptly filing and serving a Notice to Plaintiff of Notice of Removal.

### III. CONCLUSION

Plaintiffs' civil action, originally filed in Skagit County Superior Court for the State of Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District Court for the Western District of Washington at Seattle.

Dated this 28th day of March, 2023.

By: _____
Kimberly A. Reppart, WSBA #30643
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Fax: (206) 689-8501
Email: kreppart@foum.law
Attorney for Defendant Martin Barratt

Dated this 28th day of March, 2023.

By: _____
Alexandra E. O. Slader, WSBA #52677
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Fax: (206) 689-8501
Email: aslader@foum.law
Attorney for Defendant Martin Barratt

DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28
U.S.C.§§ 1332, 1441 AND 1446 – 4
CAUSE NO.

3430874 / 1044.0055

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446** on the following individuals in the manner indicated:

Ms. Heather C. Shepherd
Mr. Douglas R. Shepherd
Mr. Kyle S. Mitchell
Shepherd and Allen
2011 Young Street, Suite 202
Bellingham, WA 98225-4052
*Attorneys for (MCOS) Plaintiffs*

(X) Via Electronic Service Agreement:
    heather@saalawoffice.com;
    dougshepherd@saalawoffice.com;
    kyle@saalawoffice.com;
    madilyn@saalawoffice.com;
    info@saalawoffice.com
(X) Via ECF

SIGNED this 28th day of March, 2023, at Seattle, Washington.

*Elizabeth S. Sado*
Elizabeth S. Sado

DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 5
CAUSE NO.

3430874 / 1044.0055

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX