UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRANDA ALLEN as guardian on behalf of minor J.M.,<br><br>Plaintiff(s),<br><br>v.<br><br>MARTIN BARRATT,<br><br>Defendant(s). | CASE NO. 2:23-cv-00474-TL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines. Dkt. No. 14.

The Parties seek to continue the trial date, currently set to begin on June 17, 2024, and amend the pretrial schedule. *Id.* The Parties also seek to reopen fact and expert discovery, which closed on January 17, 2024, in order to obtain additional discovery regarding Plaintiff's new treatment providers and diagnoses. *See* Dkt. No. 14, at 2.

Pursuant to this Court's Standing Order for All Civil Cases, which counsel for all Parties certified that they reviewed (Dkt. No. 12 at 7), motions for extensions of time are required to be filed at least three business days in advance of the expiration of the relevant deadline. Judge Tana Lin, Standing Order for All Civil Cases, Section III.A (last updated Feb. 9, 2024). The Parties' request to continue the pretrial deadlines in this matter is therefore several months past due. The Court will not entertain any future requests for extension of deadlines that have already passed unless the Parties set forth an extraordinary basis for doing so.

Notwithstanding the timing of the request, the Court FINDS good cause to continue the trial date and reset the pretrial deadlines in this matter as requested.

Accordingly, the Court ORDERS as follows:

(1) The Parties' stipulated motion is GRANTED. Dkt. No. 14.

(2) The Court STRIKES the previously scheduled trial date and case management schedule. Dkt. No. 13.

(3) The Court will reset the trial date to a time that is convenient for the Court—as requested by the Parties (*see* Dkt. No. 14 at 1)—and will enter an amended scheduling order consistent with this Order.

Dated this 15th day of March 2024.

Tana Lin
United States District Judge