UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRANDA ALLEN, an individual; and J.M., a minor child, by and through his parent, MIRANDA ALLEN,<br><br>          Plaintiffs,<br>  v.<br><br>MARTIN BARRATT and J. DOE BARRATT, husband and spouse and marital community composed thereof,<br><br>          Defendants. | CASE NO. 2:23-cv-00474-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court ALLOWS the Parties, the attorneys and their staff, and empaneled petit jurors in this case to bring food and drinks into the courthouse for the duration of the trial as well as jury deliberations. The trial begins on Monday, June 2, 2025, and is expected to run through Friday, June 6, 2025, in Courtroom 14B.

Dated this 28th day of May 2025.

                              Ravi Subramanian
                              Clerk of the Court

                              s/ Kadya Peter
                              Deputy Clerk

MINUTE ORDER - 1